IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENABDELLAH MOUEDDENE, on behalf of : CIVIL ACTION
YACINE MOUEDDENE; and YACINE :
MOUEDDENE :
 :
v. :
 :
SCHOOL DISTRICT OF PHILADELPHIA : NO. 09-1026

## ORDER

AND NOW, this 29th day of March, 2010, it appearing that:

a. The parties have been focused on exploring settlement options, having appeared before Magistrate Judge Faith Angell for several settlement conferences as well as meeting outside the court to discuss settlement issues.

b. The deadline for dispositive motions has passed and this matter is specially listed for trial before this court on June 1, 2010.

c. The Magistrate Judge recommends that a new deadline be set permitting the defendant to file a motion for summary judgment prior to the current trial date.

It is **ORDERED** that:

1. The Magistrate Judge's recommendation is **ADOPTED**.

2. Defendant may file a motion for summary judgment on or before **April 15, 2010**. Plaintiff may file a response on or before **May 6, 2010**. Oral argument on all motions will be heard at the final pretrial conference.

3. A final pretrial conference will be held on **May 24, 2010** at **2:00 PM** in **Courtroom 10-A**.

/s/ Norma L. Shapiro
_____
J.